No. 298. U. S. EX REL. SOCIETE DE CONDENSATION ET D'APPLICATIONS MECANIQUES *v.* COE, COMMISSIONER OF PATENTS. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia

denied. *Messrs. Reeve Lewis* and *Philip Mauro* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Messrs. Paul A. Sweeney* and *R. F. Whitehead* for respondent.